# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KRAFTON, INC., ET AL. | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) | CV 22-00209 CAS |
| v. | |
| APPLE INC., ET AL. | ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 21-01 |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

The undersigned holds a financial interest in a named party.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 21-01.

This self-recusal has been Ordered:
- [✓] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

January 13, 2022                                  *Christina A. Snyder*
Date                                              United States District Judge/Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge **Dolly M. Gee**. On all documents subsequently filed in this case, please substitute the initials **DMG** after the case number in place of the initials of the prior judge so that the case number will read: **2:22-cv-00209 DMG(MARx)**.

This is very important because documents are routed to the assigned judge by means of the initials.

cc:   [ ] *Previous Judge*    [ ] *Statistics Clerk*

CV-52 (03/21)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 21-01