# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Krafton, Inc., et al., | CASE NUMBER |
| | CV 22-209-DMG (AGRx) |
| PLAINTIFF(S)/PETITIONER(S) | |
| v. | |
| Apple, Inc., et al., | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 21-01** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:
the fact that Judge Gee has a financial interest in two of the named parties and therefore recuses herself pursuant to 28 U.S.C. § 455(b)(4).

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 21-01.

This self-recusal has been Ordered:
- [✓] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

January 18, 2022

Date

Dolly M. Gee, United States District Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ____George H. Wu____. On all documents subsequently filed in this case, please substitute the initials ____GW____ after the case number in place of the initials of the prior judge so that the case number will read: ____2:22-cv-00209 GW(MARx)____.

This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ *Previous Judge*   ☐ *Statistics Clerk*