# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Krafton, Inc. et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:22-cv-00209-GW-MARx |
| v. | |
| Apple Inc. et al., | **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** |
| DEFENDANT(S). | ☒ FOR DISCOVERY<br>☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

28 U.S.C. 455

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

January 18, 2022
Date

United States Magistrate Judge

## NOTICE TO COUNSEL FROM THE CLERK

This case has been randomly referred to Magistrate Judge  Michael R. Wilner . On all documents subsequently filed in this case, please substitute the initials  MRW  after the case number in place of the initials of the prior judge, so that the case number will read  2:22-cv-00209-GW-MRWx  . This is very important because the documents are routed to the assigned judges by means of these initials

cc:   *Previous Magistrate Judge*