**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| David P. Enzminger | SBN: 137065<br>WINSTON & STRAWN LLP<br>333 S Grand Avenue 37th Floor   Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 615-1700 | FAX NO. (213) 615-1750 | E-MAIL ADDRESS denzminger@winston.com<br>ATTORNEY FOR (Name): Plaintiffs: | |

**United States District Court Central District of California**
STREET ADDRESS: 350 W. 1st Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division

| PLAINTIFF/PETITIONER: KRAFTON, INC., et al.<br>DEFENDANT/RESPONDENT: APPLE INC., et al. | CASE NUMBER:<br>2:22-cv-00209 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>201344.00003 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other (specify documents): **See attached Document List**
3. a. Party served (specify name of party as shown on documents served):
   **Apple Inc.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   **CT Corporation System, Registered Agent, by Serving Sarai M.  - Authorized Agent**
   **Age: 31-35 | Weight: 141-160 Lbs | Hair: Brown | Sex: Female | Height: 5'7 - 6'0 | Eyes: Green | Race: Latino**
4. Address where the party was served: **330 N. Brand Blvd., # Suite 700**
   **Glendale, CA 91203**
5. I served the party (check proper box)
   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): **2/4/2022**   (2) at (time): **12:30 PM**
   b. ☐ **by substituted service.** On (date):  at (time):  I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      (date):  from (city):   **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LA238185

Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015
Phone: (213) 249-9999   Fax: (213) 249-9990

Continued from Proof of Service

**CLIENT:** WINSTON & STRAWN LLP
**CLIENT FILE #:** 201344.00003                               **DATE:** February 04, 2022
**SUBJECT:** Apple Inc.

```
Summons; Complaint; Civil Cover Sheet; Standing Order Re: Final
Pre-Trial Conference for Civil Jury Trials Before Judge George H.
Wu; Notice to Counsel Re Consent to Proceed Before a United States
Magistrate Judge; Notice to Parties of Court-Directed ADR Program;
Notice of Assignment to United States Judges; Report on the Filing
or Determination of an Action or Appeal Regarding a Copyright;
Plaintiffs' Notice of Interested Parties (L.R. 7.1-1) and Rule 7.1
Statement; Order to Reassign Case Upon Recusal of Magistrate Judge
for Discovery; Order to Reassign Case Due to Self-Recusal Pursuant
to General Order 21-0 Re: CV 22-209-DMG (AGRx);  Order to Reassign
Case Due to Self-Recusal Pursuant to General Order 21-0 Re: CV
22-00209 CAS;
```



Order#: LA238185/DocAtt2010

| | |
|---|---|
| PETITIONER: KRAFTON, INC., et al. | CASE NUMBER |
| RESPONDENT: APPLE INC., et al. | 2:22-cv-00209 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                      (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)          ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                       ☐ 415.46 (occupant)
                                                    ☐ other:

7. **Person who served papers**
  a. Name: **Dion Jones - Nationwide Legal, LLC REG: 12-234648**
  b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**
  c. Telephone number: **(213) 249-9999**
  d. **The fee** for service was: **$ 217.55**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
       (i) ☐ owner    ☐ employee    ☑ independent contractor.
       (ii) Registration No.: **2013128925**
       (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/4/2022**

**N** Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

_____ ▶ *[signature]*
**Dion Jones**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)