**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| David P. Enzminger | SBN: 137065<br>WINSTON & STRAWN LLP<br>333 S Grand Avenue 37th Floor  Los Angeles, CA 90071 | |
| TELEPHONE NO.: (213) 615-1700 | FAX NO. (213) 615-1750 | E-MAIL ADDRESS denzminger@winston.com | |
| ATTORNEY FOR (Name): Plaintiffs: KRAFTON, INC. and PUBG SANTA MONICA, INC. | |

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 350 WEST 1ST STREET
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: WESTERN DIVISION

PLAINTIFF/PETITIONER: KRAFTON, INC, et al.
DEFENDANT/RESPONDENT: APPLE INC., et al.

CASE NUMBER: 2:22-cv-00209

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 201344.00003

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **See attached Document List**
3. a. Party served *(specify name of party as shown on documents served):*
   **Google, LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **CSC Lawyers Incorporating Service, Registered Agent, by Serving Nicole Stauss - Authorized Agent**
   **Age: 26- 30 | Weight: 201-220 Lbs | Hair: Black | Sex: Female | Height: 5'7 - 6'0 | Eyes: Brown | Race: African American**
4. Address where the party was served: **2710 Gateway Oaks Drive, Suite 150N**
   **Sacramento, CA 95833**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **2/3/2022** (2) at *(time):* **3:24 PM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      *(date):*   from *(city):*    **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LA238183A

**Nationwide Legal, LLC**
1609 James M Wood Blvd.
Los Angeles, CA 90015
Phone: (213) 249-9999   Fax: (213) 249-9990

Continued from Proof of Service

**CLIENT:** WINSTON & STRAWN LLP
**CLIENT FILE #:** 201344.00003              **DATE:** February 3, 2022

**SUBJECT:** Google, LLC

```
Summons; Complaint; Civil Cover Sheet; Order to Reassign Case Due to
Self-Recusal Pursuant to General Order 21-01; Order to Reassign Case
Upon Recusal of Magistrate Judge; Standing Order Re Final Pre-Trial
Conferences for Civil Jury Trials Before Judge George H. Wu;
Plaintiffs' Notice of Interested Parties (L.R. 7.1-1) and Rule 7.1
Statement; Report on the Filing or Determination of an Action or
Appeal Regarding a Copyright; Notice of Assignment to United States
Judges; Notice to Parties of Court-Directed ADR Program; Notice to
Counsel Re Consent to Proceed Before a United States Magistrate
Judge;
```



NATIONWIDE LEGAL

Order#: LA238183A/DocAtt2010

|  |  |
|---|---|
| PETITIONER: **KRAFTON, INC., et al.** | CASE NUMBER |
| RESPONDENT: **APPLE INC., et al.** | 2:22-cv-00209 |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on *(date)*:  (2) from *(city)*:
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify)*:
   - c. ☐ as occupant.
   - d. ☐ On behalf of
      under the following Code of Civil Procedure section:
      - ☐ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
      - ☐ 416.20 (defunct corporation) ☐ 416.60 (minor)
      - ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      - ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
      - ☐ 416.50 (public entity)       ☐ 415.46 (occupant)
      -                                ☐ other:

7. **Person who served papers**
   - a. Name: **Deja Monae Jefferson - Nationwide Legal, LLC REG: 12-234648**
   - b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**
   - c. Telephone number: **(213) 249-9999**
   - d. **The fee** for service was: **$ 121.60**
   - e. I am:
     - (1) ☐ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☑ registered California process server:
       - (i) ☐ owner  ☐ employee  ☑ independent contractor.
       - (ii) Registration No.: **2019-60**
       - (iii) County: **Sacramento**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   
   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/3/2022**

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

_____     ▶ *(signature)*
**Deja Monae Jefferson**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)