MAYER BROWN LLP
John Nadolenco (SBN:181128)
JNadolenco@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Tel: 213.229.9500
Fax. 213.625.0248

MAYER BROWN LLP
A. John P. Mancini (*Pro hac vice to be filed*)
JMancini@mayerbrown.com
Paul Fakler (*Pro hac vice to be filed*)
PFakler@mayerbrown.com
Sara A. Slavin (*Pro hac vice to be filed*)
SSlavin@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Tel: 212.506.2500
Fax: 212.262.1910

Attorneys for Defendants
GOOGLE LLC and its wholly owned subsidiary YOUTUBE, LLC

[*Attorneys for Plaintiffs on signature page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRAFTON, INC. and PUBG SANTA MONICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., GOOGLE, LLC, YOUTUBE LLC, SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL PRIVATE LIMITED), and GARENA ONLINE PRIVATE LIMITED,<br><br>Defendants. | Case No. 2:22-cv-00209-GW-MRW<br><br>Judge George H. Wu<br>Magistrate Judge Michael R. Wilner<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: Feb. 3, 2022<br>Current Response Date: Feb. 24, 2022<br>New Response Date: Mar. 28, 2022 |

# STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Plaintiffs Krafton, Inc. ("Krafton") and PUBG Santa Monica, Inc. ("PUBG SM" and, collectively with Krafton, "Plaintiffs") and Defendants Google LLC and its wholly owned subsidiary YouTube, LLC (collectively, "Defendants" and, collectively with Plaintiffs, the "Stipulating Parties"), by and through their respective counsel of record, enter into the following stipulation:

WHEREAS, Plaintiffs filed a Complaint on January 10, 2022;

WHEREAS, Defendants were served with the Complaint on February 3, 2022;

WHEREAS, Defendants' deadline to answer or otherwise respond to the Complaint is currently February 24, 2022;

WHEREAS, Defendants require additional time to analyze the claims in the Complaint;

WHEREAS, Plaintiffs have agreed to extend Defendants' deadline to answer or otherwise respond to the Complaint by 30 days, or until March 28, 2022;

WHEREAS, this is the Stipulating Parties' first stipulation for an extension of Defendants' time to answer or otherwise respond to the Complaint and is entered into pursuant to Local Rule 8-3;

WHEREAS, because this stipulation for an extension of time for Defendants to respond to the initial complaint is entered into pursuant to Local Rule 8-3, the extension is automatic and does not require the Court's approval;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Stipulating Parties through their respective counsel that Defendants' deadline to answer or otherwise respond to the Complaint shall be extended by 30 days to March 28, 2022.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: February 11, 2022 | Respectfully submitted, |
| 2 | | **WINSTON AND STRAWN LLP** |
| 3 | | By: /s/ *David P. Enzminger* |
| 4 | | David P. Enzminger |
| 5 | | David P. Enzminger (SBN: 137065)<br>denzminger@winston.com |
| 6 | | Michael A. Tomasulo (SBN: 179389)<br>mtomasulo@winston.com |
| 7 | | Diana Hughes Leiden (SBN: 267606) |
| 8 | | dhleiden@winston.com<br>333 S. Grand Avenue |
| 9 | | Los Angeles, CA 90071 |
| 10 | | Telephone : 213-615-1700<br>Facsimile : 213-615-1750 |
| 11 | | |
| 12 | | Attorneys for Plaintiffs<br>KRAFTON, INC. and PUBG SANTA |
| 13 | | MONICA, INC. |
| 14 | Dated: February 11, 2022 | **MAYER BROWN LLP** |
| 15 | | |
| 16 | | By: /s/ *John Nadolenco*<br>John Nadolenco |
| 17 | | John Nadolenco (SBN: 181128) |
| 18 | | jnadolenco@mayerbrown.com<br>350 South Grand Avenue, 25th Floor |
| 19 | | Los Angeles, California  90071-1503<br>Telephone:  (213) 229-9500 |
| 20 | | A. John P. Mancini (*Pro hac vice to be filed*) |
| 21 | | jmancini@mayerbrown.com |
| 22 | | Paul Fakler (*Pro hac vice to be filed*)<br>pfakler@mayerbrown.com |
| 23 | | Sara A. Slavin (*Pro hac vice to be filed*) |
| 24 | | sslavin@mayerbrown.com<br>1221 Avenue of the Americas |
| 25 | | New York, NY 10021 |
| 26 | | Telephone:  (212) 506-2500 |
| 27 | | Attorneys for Defendants<br>GOOGLE LLC and its wholly-owned |
| 28 | | subsidiary YOUTUBE, LLC |

**L.R. 5-4.3.4(a)(2)(i) SIGNATURE CERTIFICATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from the other signatory shown above and that all signatories have authorized placement of their electronic signature on this document.

/s/ *John Nadolenco*
John Nadolenco