AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00209-GW-MRW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Garena Online Private Limited was received by me on *(date)* 02/10/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  I served the summons and complaint on Mark Lemley, counsel for Garena Online Private Limited, on February 10, 2022, who agreed to accept service by e-mail on behalf of Garena Online Private Limited.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  02/11/2022

*Server's signature*

Sean Anderson
*Printed name and title*

WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
*Server's address*

Additional information regarding attempted service, etc: