DURIE TANGRI LLP
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
HANNAH JIAM (SBN 312598)
hjiam@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone: 213-992-4499
Facsimile: 415-236-6300

Attorneys for Defendants
SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL | PRIVATE LIMITED), GARENA ONLINE PRIVATE LIMITED, and APPLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KRAFTON, INC. and PUBG SANTA MONICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., GOOGLE, LLC, YOUTUBE LLC, SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL | PRIVATE LIMITED), AND GARENA ONLINE PRIVATE LIMITED,<br><br>Defendants. | Case No. 2:22-cv-00209-GW-MRW<br><br>**STIPULATION TO EXTEND PAGE LIMITS AND TIME ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>Ctrm: 9D<br>Judge: Honorable George H. Wu |

Plaintiffs Krafton, Inc. and PUBG Santa Monica, Inc. (collectively, "Plaintiffs"), and Defendants Sea Ltd. ("Sea"), Moco Studios Private Ltd. (f/k/a Garena International I Private Ltd.) ("Moco Studios"), Garena Online Private Ltd. ("Garena Online," and, together with Sea and Moco Studios, "Garena"), Apple Inc. ("Apple"), Google LLC ("Google"), and Google's wholly-owned subsidiary, YouTube, LLC ("YouTube") (collectively, "Defendants"), (together, the "Parties") have met and conferred and hereby submit and stipulate to the below regarding page limitations, the briefing schedule, and proposed hearing date on Defendants' Motion to Compel Arbitration and to Stay Litigation:

WHEREAS, Defendants seek to file a Motion to Compel Arbitration and to Stay Litigation ("Defendants' Motion");

WHEREAS, the Parties have agreed that a 5-page expansion of the page limits set forth in Local Rule 11-6 for the opening and responsive briefs is appropriate to permit Defendants to submit one consolidated opening brief and to permit Plaintiffs to submit one consolidated responsive brief;

WHEREAS, Defendants and Plaintiff have agreed to a briefing schedule whereby Defendants will file their opening brief on March 28, 2022, Plaintiffs will file their responsive brief on April 25, 2022, and Defendants will file their reply brief on May 16, 2022;

WHEREAS, the Parties have proposed a hearing date of June 2, 2022.

NOW THEREFORE, the Parties, by and through their respective counsel hereby STIPULATE and AGREE as follows, subject to the Court's approval:

1. The page limit for Defendants' memorandum of points and authorities in support of its anticipated Motion to Compel Arbitration and to Stay Litigation may be expanded to 30 pages;

2. The page limit for Plaintiffs' memorandum of points and authorities in opposition to Defendants' Motion to Compel Arbitration and Stay Litigation may be expanded to 30 pages; and

3. The deadline for Plaintiffs' responsive brief is April 25, 2022 and the deadline for Defendants' reply brief is May 16, 2022;

4. The hearing date for Defendants' Motion to Compel Arbitration and Stay Litigation is June 2, 2022.

**IT IS SO STIPULATED.**

Dated: March 24, 2022                    DURIE TANGRI LLP

By: */s/ Allyson R. Bennett*
ALLYSON R. BENNETT

Attorneys for Defendants
SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL | PRIVATE LIMITED), GARENA ONLINE PRIVATE LIMITED, and APPLE INC.

| | |
|---|---|
| Dated: March 24, 2022 | MAYER BROWN LLP |
| | By:    */s/ A. John Mancini* |
| |        A. JOHN P. MANCINI |
| | Attorneys for Defendants<br>GOOGLE LLC AND ITS WHOLLY-OWNED SUBSIDIARY, YOUTUBE, LLC |
| Dated: March 24, 2022 | WINSTON & STRAWN LLP |
| | By:    */s/ Diana Hughes Leiden* |
| |        DIANA HUGHES LEIDEN |
| | Attorneys for Plaintiffs KRAFTON, INC. and PUBG SANTA MONICA, INC. |

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4, regarding signatures, I, Allyson R. Bennett, attest that concurrence in the filing of this document has been obtained.

                                                        */s/ Allyson R. Bennett*
                                                        ALLYSON R. BENNETT

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Allyson R. Bennett*
ALLYSON R. BENNETT