# EXHIBIT 11



333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
T +1 213 615 1700
F +1 213 615 1750

**DAVID P. ENZMINGER**
Partner
(213) 615-1780
DEnzminger@winston.com

North America   Europe   Asia

December 21, 2021

<u>**VIA FEDERAL EXPRESS AND EMAIL**</u>

Sea Limited
Garena International | Private Limited
Garena Online Private Limited
Group General Counsel
Attn: Yanjun Wang
1 Fusionopolis Place, #17-10
Galaxis, Singapore 138522
Email: legal@garena.com

Re:   **Cease and Desist – Infringement of Krafton, Inc.'s Copyrights in** *PlayerUnknown's Battlegrounds*

Dear Yanjun Wang:

We are counsel to Krafton, Inc. ("Krafton"), which owns United States registered copyrights in the video game titled *PlayerUnknown's Battlegrounds* ("BATTLEGROUNDS") (Reg. Nos. PA0002097453, TX0008524041, PA0002097065, and TX0008524047).

We write to demand that Sea Limited ("Sea Ltd."), Garena International | Private Limited ("Garena International"), Garena Online Private Limited ("Garena Online"), and/or anyone acting on behalf of or at the direction of any of Sea Ltd., Garena International, and/or Garena Online (collectively, "Garena") immediately cease and desist the authorization of the development, promotion, sale, distribution, and/or any other uses in the United States of the video games titled *Garena Free Fire*, *Garena Free Fire 4nniversary*, *Free Fire – New Age,* and *Free Fire Max* and/or any other versions of these and related versions of the game (collectively, "FREE FIRE").

There is no question that FREE FIRE extensively copies numerous protectable aspects of BATTLEGROUNDS, both individually and in combination, including BATTLEGROUNDS' unique game opening "air drop" feature, the game structure, the combination and selection of weapons, armor, and unique objects, locations, and the overall choice of color schemes, materials, and textures, all of which are copyrighted. **Exhibit A**, which is attached herein, lists some nonexhaustive examples of Krafton's works of creative expression that have been infringed in FREE FIRE.

Garena does not have the right to license in the United States any third parties to utilize Krafton's copyrights in BATTLEGROUNDS, including through the distribution of FREE FIRE. Garena has no defense for its actions, and its conduct in no way constitutes fair use. Indeed, FREE

**WINSTON & STRAWN**

Sea Limited
Garena International | Private Limited
Garena Online Private Limited
December 21, 2021
Page 2

FIRE serves no transformative purpose, appropriates BATTLEGROUNDS' original expression without adding anything new or original, is for a commercial purpose, and adversely affects the existing and potential market for BATTLEGROUNDS and Krafton's copyrights in it.

In light of the foregoing, **no later than January 5, 2022**, Garena must revoke its apparent authorization of the distribution of FREE FIRE via the United States-based Apple App Store and the Google Play store (currently available at https://apps.apple.com/us/app/garena-free-fire-4nniversary/id1300146617, https://apps.apple.com/my/app/garena-free-fire-max/id1480516829, https://play.google.com/store/apps/details?id=com.dts.freefireth&hl=en_US&gl=US, and https://play.google.com/store/apps/details?id=com.dts.freefiremax&hl=en_US&gl=US respectively), and must also revoke its apparent authorization of all FREE FIRE-related content on any United States-facing websites, including but not limited to Garena's official channels on YouTube (currently available at https://www.youtube.com/c/FreeFireOfficial/channels and https://www.youtube.com/c/FreeFireNorthAmerica/about), user forums on the Apple App Store, the Google Play store, and any and all other such websites. Garena is expressly requested to retain all video, files, data, and any other types of potential evidence related to Garena's infringement Krafton's copyrights.

Nothing contained herein shall constitute a waiver, either express or implied, of any of Krafton's rights or remedies, whether in law or at equity, all of which are expressly reserved. To be clear, the fact that Krafton has elected to exercise its United States copyrights with respect to this cease and demand shall in no way impact its ability to exercise its United States copyrights or any other rights to the fullest extent of the law or in equity, in the United States or abroad.

Sincerely,

*/s/ David P. Enzminger*

David P. Enzminger
Winston & Strawn LLP

Encl.

cc:     Krafton, Inc.

**Exhibit A**

| BATTLEGROUNDS<br>GAMEPLAY TOTAL LOOK AND FEEL | FREE FIRE<br>GAMEPLAY TOTAL LOOK AND FEEL |
|---|---|
|  |  |
|  |  |
|  |  |

Exhibit A

| BATTLEGROUNDS GAMEPLAY TOTAL LOOK AND FEEL | FREE FIRE GAMEPLAY TOTAL LOOK AND FEEL |
|---|---|

 

 

 

2

**Exhibit A**

| BATTLEGROUNDS PLAY MAP | FREE FIRE PLAY MAP |
|:---:|:---:|
|  |  |

| BATTLEGROUNDS PONCHINKI VILLAGE | FREE FIRE POCHINOK VILLAGE |
|:---:|:---:|
| **BATTLEGROUNDS**<br>**POCHINKI VILLAGE** | **FREE FIRE**<br>**POCHINOK VILLAGE** |
|  |  |

**Exhibit A**

| BATTLEGROUNDS GRAVEYARD | FREE FIRE GRAVEYARD |
|---|---|
|  |  |
|  |  |

| BATTLEGROUNDS<br>PORT WITH SHIPPING CONTAINERS | FREE FIRE<br>PORT WITH SHIPPING CONTAINERS |
|---|---|
|  |  |

**Exhibit A**

| BATTLEGROUNDS<br>PORT WITH SHIPPING CONTAINERS | FREE FIRE<br>PORT WITH SHIPPING CONTAINERS |
|---|---|
|  |  |
|  |  |

| BATTLEGROUNDS SOUTHEAST ASIA<br>COASTAL VILLAGE | FREE FIRE SOUTHEAST ASIA<br>COASTAL VILLAGE |
|---|---|
|  |  |

Exhibit A

| BATTLEGROUNDS SOUTHEAST ASIA COASTAL VILLAGE | FREE FIRE SOUTHEAST ASIA COASTAL VILLAGE |
|---|---|
|  |  |
|  |  |

| BATTLEGROUNDS SHOOTING RANGE | FREE FIRE SHOOTING RANGE |
|---|---|
|  |  |

**Exhibit A**

| | |
|---|---|
| **BATTLEGROUNDS FARM** | **FREE FIRE FARM** |

 

| | |
|---|---|
| **BATTLEGROUNDS TRESTLE BRIDGE TO ADJACENT ISLAND** | **FREE FIRE TRESTLE BRIDGE TO ADJACENT ISLAND** |

 

Exhibit A

| BATTLEGROUNDS CONDOMINIUM WITH BALCONY | FREE FIRE CONDOMINIUM WITH BALCONY |
|---|---|
|  |  |
|  |  |

| BATTLEGROUNDS POWERPLANT AND COOLING TOWERS | FREE FIRE POWERPLANT AND COOLING TOWERS |
|---|---|
|  |  |

**Exhibit A**

| BATTLEGROUNDS POWERPLANT AND COOLING TOWERS | FREE FIRE POWERPLANT AND COOLING TOWERS |
|---|---|









| BATTLEGROUNDS ONE-PORT GARAGE | FREE FIRE ONE-PORT GARAGE |
|---|---|





9

**Exhibit A**

| BATTLEGROUNDS ONE-PORT GARAGE | FREE FIRE ONE-PORT GARAGE |
|---|---|
|  |  |

| BATTLEGROUNDS TWO-PORT GARAGE | FREE FIRE TWO-PORT GARAGE |
|---|---|
|  |  |
|  |  |

Exhibit A

| BATTLEGROUNDS WAREHOUSE #1 | FREE FIRE WAREHOUSE #1 |
|---|---|
|  |  |
|  |  |

| BATTLEGROUNDS THREE-STORY BUILDING | FREE FIRE THREE-STORY BUILDING |
|---|---|
|  |  |

11

Exhibit A

| BATTLEGROUNDS THREE-STORY BUILDING | FREE FIRE THREE-STORY BUILDING |
|---|---|
|  |  |

| BATTLEGROUNDS OUTHOUSE | FREE FIRE OUTHOUSE |
|---|---|
|  |  |

| BATTLEGROUNDS GAS STORAGE TANKS | FREE FIRE GAS STORAGE TANKS |
|---|---|
|  |  |

Exhibit A

| BATTLEGROUNDS FACTORY | FREE FIRE FACTORY |
|:---:|:---:|
|  |  |

| BATTLEGROUNDS RADIO TOWER | FREE FIRE RADIO TOWER |
|:---:|:---:|
|  |  |

| BATTLEGROUNDS WATCHTOWER | FREE FIRE WATCHTOWER |
|:---:|:---:|
|  |  |

Exhibit A

| **BATTLEGROUNDS**<br>**TRANSPORT PLANE** | **FREE FIRE**<br>**TRANSPORT PLANE** |
|---|---|
|  |  |

| **BATTLEGROUNDS**<br>**PARACHUTE** | **FREE FIRE**<br>**PARACHUTE** |
|---|---|
|  |  |

**Exhibit A**

| BATTLEGROUNDS FRYING PAN | FREE FIRE FRYING PAN |
|---|---|
|  |  |
| **BATTLEGROUNDS FRYING PAN USED AS A MELEE WEAPON** | **FREE FIRE FRYING PAN USED AS A MELEE WEAPON** |
|  |  |

Exhibit A

| BATTLEGROUNDS FRYING PAN USED AS INDESTRUCTIBLE ARMOR | FREE FIRE FRYING PAN USED AS INDESTRUCTIBLE ARMOR |
|---|---|
|  |  |
|  |  |