# EXHIBIT 12

| From: | Guy Charusadhirakul |
|---|---|
| To: | Viki_Siyi Gu; Harold Teo; Daisy Zhang |
| Cc: | Joel Tay; Sze Chern Tan; Jia Yin Cheng |
| Subject: | DMCA regarding Garena Free Fire and Free Fire Max |
| Date: | Thursday, January 6, 2022 9:57:34 PM |
| Attachments: | Krafton DMCA Claim.pdf |

Hi Si Yi, Harold and Daisy

Our legal has received a DMCA notice regarding Garena Free Fire & Garena Free Fire Max per below. Please also see attached DMCA claim from Krafton. Could you review and also provide our team with a response within 7 days?

Thanks,

Guy

***************************

We have received a DMCA takedown notice for 2 of Garena's titles:

Apps: **Garena Free Fire - New Age** and **Garena Free Fire MAX**
Developer: **Garena International I**
URLs: https://play.google.com/store/apps/details?id=com.dts.freefireth and
https://play.google.com/store/apps/details?id=com.dts.freefiremax

The claimant is Krafton, Inc., who alleges to have rights to the following content:
https://www.krafton.com/en/games/battlegrounds/

**DMCA Notice:**

Country of residence
**United States**

Full legal name
**Sean R. Anderson**

Company name
**Winston & Strawn LLP**

Full legal name of the copyright holder you represent
**Krafton, Inc.**

Contact email address
**sranderson@winston.com**

Login email
**kraftondmca@gmail.com**

Identify and describe the copyrighted work
**Krafton, Inc. owns United States registered copyrights in the video game titled PlayerUnknown's Battlegrounds ("BATTLEGROUNDS") (Reg. Nos. PA0002097453, TX0008524041, PA0002097065, and TX0008524047)**

Where can we see an authorized example of the work?
**https://www.krafton.com/en/games/battlegrounds/.**

**See also Exhibit A to the attached letter, which compares the authorized work, BATTLEGROUNDS, to the infringing work, FREE FIRE.**

Allegedly infringing URLs

https://play.google.com/store/apps/details?id=com.dts.freefireth&hl=en_US&gl=US

https://play.google.com/store/apps/details?id=com.dts.freefiremax&hl=en_US&gl=US

Attach a screenshot of the allegedly infringing material
**Krafton-Google DMCA Notice_12.21.2021.pdf**

I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.
**Please check to confirm**

The information in this notification is accurate and I swear, under penalty of perjury, that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
**Please check to confirm**

I understand that a copy of the notice may be sent to the developer of the affected content.
**Please check to confirm**

Signature
**Sean R. Anderson**

Signature date
**Tue, 21 Dec 2021**

Geolocation
**US**

Please review this matter and provide us with a response within seven days. For example, if you make changes to your app that you believe resolves the matter or if you dispute that the claim has any merit, then let us know.

Thank you,

Guy

Guy Charusadhirakul | Business Development - Google Play Games & Apps | gcharusa@google.com



WINSTON
& STRAWN
LLP

North America   Europe   Asia

333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
T +1 213 615 1700
F +1 213 615 1750

**DAVID P. ENZMINGER**
Partner
(213) 615-1780
DEnzminger@winston.com

December 21, 2021

**VIA FEDERAL EXPRESS AND EMAIL**

Copyright Manager
Google, LLC
1600 Amphitheater Parkway
Mountain View, CA  94043
Tel.: 6504991293
Email: dmca-agent@google.com

Re:   **Cease and Desist – Infringement of Krafton, Inc.'s Copyrights in** *PlayerUnknown's BATTLEGROUNDS*

Dear Copyright Manager:

We are counsel to Krafton, Inc. ("Krafton"), which owns United States registered copyrights in the video game titled *PlayerUnknown's Battlegrounds* ("BATTLEGROUNDS") (Reg. Nos. PA0002097453, TX0008524041, PA0002097065, and TX0008524047).

We write to demand that Google, LLC ("Google") immediately cease and desist the infringement of Krafton's United States copyrights in BATTLEGROUNDS, including through the promotion, sale, distribution, and/or any other uses in the United States of the video games titled *Garena Free Fire*, *Garena Free Fire 4nniversary*, *Free Fire – New Age, Free Fire Max* and/or any other versions of these and related versions of the game (collectively, "FREE FIRE"). In particular, we demand that Google immediately remove FREE FIRE from the Google Play store, currently                                    available                                    at https://play.google.com/store/apps/details?id=com.dts.freefireth&hl=en_US&gl=US                    and https://play.google.com/store/apps/details?id=com.dts.freefiremax&hl=en_US&gl=US.

There is no question that FREE FIRE extensively copies numerous protectable aspects of BATTLEGROUNDS, both individually and in combination, including BATTLEGROUNDS' unique game opening "air drop" feature, the game structure, the combination and selection of weapons, armor, and unique objects, locations, and the overall choice of color schemes, materials, and textures, all of which are copyrighted. **Exhibit A**, which is attached herein, lists some nonexhaustive examples of Krafton's works of creative expression that have been infringed in FREE FIRE.

As a result, FREE FIRE plainly violates Krafton's exclusive rights under United States copyright law, including its rights of reproduction, distribution, adaptation, and public performance. Further, Google has no defense for its actions, and its conduct in no way constitutes fair use. Indeed, FREE FIRE serves no transformative purpose, appropriates



BATTLEGROUNDS' original expression without adding anything new or original, is for a commercial purpose, and adversely affects the existing and potential market for BATTLEGROUNDS and Krafton's copyrights in it.

In light of the foregoing, **no later than January 5, 2022**, Google must immediately remove FREE FIRE from the United States-based Google Play store. We are also submitting this request through Google's online form. Google is also requested to retain all files, data, documents, and any other types of potential evidence related to Google's infringement Krafton's copyrights through its promotion, reproduction, distribution, and other uses of FREE FIRE through the Google Play store or otherwise.

Please be advised that Krafton is serving on Sea Limited, Garena International | Private Limited, and Garena Online Private Limited (collectively, "Garena") a demand that they cease and desist infringing BATTLEGROUNDS in the United States, including by removing FREE FIRE from the United States-based Google Play store.

This will confirm that the aforementioned information in this letter is accurate, and I have a good-faith belief that Google's use of BATTLEGROUNDS and Krafton's copyrights in it, in the manner complained of, is not authorized by Krafton, its agents, or the law. I also certify, under penalty of perjury, that I am authorized to act on behalf of Krafton in connection with this request. I can be reached at the email and address set forth in this letter, and we request confirmation from Google that appropriate action has been taken.

Nothing contained herein shall constitute a waiver, either express or implied, of any of Krafton's rights or remedies, whether in law or at equity, all of which are expressly reserved.

Sincerely,

*/s/ David P. Enzminger*

David P. Enzminger
Winston & Strawn LLP

Encl.

cc:     Krafton, Inc.

**Exhibit A**

| BATTLEGROUNDS<br>GAMEPLAY TOTAL LOOK AND FEEL | FREE FIRE<br>GAMEPLAY TOTAL LOOK AND FEEL |
|---|---|
|  |  |
|  |  |
|  |  |

Exhibit A

| BATTLEGROUNDS GAMEPLAY TOTAL LOOK AND FEEL | FREE FIRE GAMEPLAY TOTAL LOOK AND FEEL |
|---|---|
|  |  |
|  |  |
|  |  |

**Exhibit A**

| BATTLEGROUNDS PLAY MAP | FREE FIRE PLAY MAP |
|---|---|
|  |  |

| BATTLEGROUNDS POCHINKI VILLAGE | FREE FIRE POCHINOK VILLAGE |
|---|---|
|  |  |

3

**Exhibit A**

| BATTLEGROUNDS GRAVEYARD | FREE FIRE GRAVEYARD |
|---|---|
|  |  |
|  |  |

| BATTLEGROUNDS<br>PORT WITH SHIPPING CONTAINERS | FREE FIRE<br>PORT WITH SHIPPING CONTAINERS |
|---|---|
|  |  |

**Exhibit A**

| BATTLEGROUNDS<br>PORT WITH SHIPPING CONTAINERS | FREE FIRE<br>PORT WITH SHIPPING CONTAINERS |
|---|---|
|  |  |
|  |  |

| BATTLEGROUNDS SOUTHEAST ASIA<br>COASTAL VILLAGE | FREE FIRE SOUTHEAST ASIA<br>COASTAL VILLAGE |
|---|---|
|  |  |

5

Exhibit A

| BATTLEGROUNDS SOUTHEAST ASIA COASTAL VILLAGE | FREE FIRE SOUTHEAST ASIA COASTAL VILLAGE |
| --- | --- |
|  |  |
|  |  |

| BATTLEGROUNDS SHOOTING RANGE | FREE FIRE SHOOTING RANGE |
| --- | --- |
|  |  |

**Exhibit A**

| BATTLEGROUNDS FARM | FREE FIRE FARM |
|---|---|
|  |  |

| BATTLEGROUNDS TRESTLE BRIDGE TO ADJACENT ISLAND | FREE FIRE TRESTLE BRIDGE TO ADJACENT ISLAND |
|---|---|
|  |  |

Exhibit A

| BATTLEGROUNDS CONDOMINIUM WITH BALCONY | FREE FIRE CONDOMINIUM WITH BALCONY |
|---|---|
|  |  |
|  |  |

| BATTLEGROUNDS POWERPLANT AND COOLING TOWERS | FREE FIRE POWERPLANT AND COOLING TOWERS |
|---|---|
|  |  |

8

Exhibit A

| BATTLEGROUNDS POWERPLANT AND COOLING TOWERS | FREE FIRE POWERPLANT AND COOLING TOWERS |
|---|---|
|  |  |
|  |  |

| BATTLEGROUNDS ONE-PORT GARAGE | FREE FIRE ONE-PORT GARAGE |
|---|---|
|  |  |

9

Exhibit A

| BATTLEGROUNDS ONE-PORT GARAGE | FREE FIRE ONE-PORT GARAGE |
|---|---|
|  |  |

| BATTLEGROUNDS TWO-PORT GARAGE | FREE FIRE TWO-PORT GARAGE |
|---|---|
|  |  |
|  |  |

Exhibit A

| BATTLEGROUNDS WAREHOUSE #1 | FREE FIRE WAREHOUSE #1 |
|---|---|
|  |  |
|  |  |

| BATTLEGROUNDS THREE-STORY BUILDING | FREE FIRE THREE-STORY BUILDING |
|---|---|
|  |  |

Exhibit A

| BATTLEGROUNDS THREE-STORY BUILDING | FREE FIRE THREE-STORY BUILDING |
|---|---|
|  |  |

| BATTLEGROUNDS OUTHOUSE | FREE FIRE OUTHOUSE |
|---|---|
|  |  |

| BATTLEGROUNDS GAS STORAGE TANKS | FREE FIRE GAS STORAGE TANKS |
|---|---|
|  |  |

Exhibit A

| | |
|---|---|
| **BATTLEGROUNDS<br>FACTORY** | **FREE FIRE<br>FACTORY** |
|  |  |
| **BATTLEGROUNDS RADIO TOWER** | **FREE FIRE RADIO TOWER** |
|  |  |
| **BATTLEGROUNDS WATCHTOWER** | **FREE FIRE WATCHTOWER** |
|  |  |

**Exhibit A**

| BATTLEGROUNDS TRANSPORT PLANE | FREE FIRE TRANSPORT PLANE |
|---|---|
|  | |

| BATTLEGROUNDS PARACHUTE | FREE FIRE PARACHUTE |
|---|---|
|  |  |

14

Exhibit A

| BATTLEGROUNDS FRYING PAN | FREE FIRE FRYING PAN |
|---|---|
|  |  |
| **BATTLEGROUNDS FRYING PAN USED AS A MELEE WEAPON** | **FREE FIRE FRYING PAN USED AS A MELEE WEAPON** |
|  |  |

Exhibit A

| **BATTLEGROUNDS FRYING PAN**<br>**USED AS INDESTRUCTIBLE ARMOR** | **FREE FIRE FRYING PAN**<br>**USED AS INDESTRUCTIBLE ARMOR** |
|---|---|
|  |  |
|  |  |