DURIE TANGRI LLP
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
HANNAH JIAM (SBN 312598)
hjiam@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone: 213-992-4499
Facsimile: 415-236-6300

Attorneys for Defendants
SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL | PRIVATE LIMITED), GARENA ONLINE PRIVATE LIMITED, and APPLE INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KRAFTON, INC. and PUBG SANTA MONICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., GOOGLE, LLC, YOUTUBE LLC, SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL \| PRIVATE LIMITED), AND GARENA ONLINE PRIVATE LIMITED,<br><br>Defendants. | Case No. CV 22-209-GW-MRWx<br><br>**ORDER GRANTING STIPULATION TO EXTEND PAGE LIMITS AND TIME ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>Ctrm: 9D<br>Judge: Honorable George H. Wu |

The Court, having considered the Stipulation to Extend Page Limits and Time on Defendants' Motion to Compel Arbitration and Stay Litigation, hereby ORDERS as follows:

1. The page limit for Defendants' memorandum of points and authorities in support of its anticipated Motion to Compel Arbitration and to Stay Litigation may be expanded to 30 pages;

2. The page limit for Plaintiffs' memorandum of points and authorities in opposition to Defendants' Motion to Compel Arbitration and Stay Litigation may be expanded to 30 pages; and

3. The deadline for Plaintiffs' responsive brief is April 25, 2022 and the deadline for Defendants' reply brief is May 16, 2022.

4. The date of the hearing for Defendants' Motion to Compel Arbitration and to Stay Litigation is June 2, 2022 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: March 29, 2022

*[signature]*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE