David P. Enzminger (SBN: 137065)
denzminger@winston.com
Michael A. Tomasulo (SBN: 179389)
mtomasulo@winston.com
Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone:   213-615-1700
Facsimile:   213-615-1750

Attorneys for Plaintiffs
KRAFTON, INC. and
PUBG SANTA MONICA, INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| KRAFTON, INC. and PUBG SANTA MONICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., GOOGLE, LLC, YOUTUBE LLC, SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL I PRIVATE LIMITED), and GARENA ONLINE PRIVATE LIMITED, <br><br> Defendants. | **Case No. 2:22-cv-00209-GW-MRW** <br><br> **CERTIFICATE OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

**CERTIFICATE OF SERVICE**
**United States District Court for the Central District of California**
*Krafton, Inc., et al. v. Apple, Inc., et al.*
**Case No. 2:22-cv-00209-GW-MRW**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Winston & Strawn LLP, 333 S. Grand Avenue, Los Angeles, CA 90071-1543.  On March 31, 2022, I served the following document(s):

**DOCUMENTS FILED UNDER SEAL:**

**DKT. 50 – DECLARATION OF DIANA HUGHES LEIDEN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL;**

**DKT. 50-1 – UNREDACTED PLAINTIFFS' OPPOSITION TO DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL AND REQUEST TO UNSEAL EXHIBITS 7 AND 14;**

**DKT. 50-2 – UNREDACTED DECLARATION OF DIANA HUGHES LEIDEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL AND REQUEST TO UNSEAL EXHIBITS 7 AND 14; AND**

**DKT. 50-3 – UNREDACTED PROPOSED ORDER GRANTING PLAINTIFFS' REQUEST TO UNSEAL EXHIBITS 7 AND 14**

☒   **EMAIL**:  by electronically transmitting copy(ies) of the document(s) listed above via email to the addressee(s) as set forth below, in accordance with the parties' agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), or Local Rule of Court, or court order.

| | |
|---|---|
| Allyson Bennett<br>Durie Tangri LLP<br>953 East 3rd Street<br>Los Angeles, CA 90013<br>213-992-4499<br>Fax: 415-236-3600<br>Email: abennett@durietangri.com | Hannah Jiam<br>Mark Alan Lemley<br>Durie Tangri LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>415-362-6666<br>Fax: 415-263-6300<br>Email: hjiam@durietangri.com<br>Email: mlemley@durietangri.com |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Signed:   /s/ *Nikki S. Khorram*
        Nikki S. Khorram

Dated:  March 31, 2022