# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KRAFTON, INC., et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 22-209-GW-MRWx |
| v. | |
| APPLE, INC., et al., | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| April 1, 20022 | 55 | Letter |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

   Docket No. 55 is stricken for the reason(s) stated in the Notice [57] filed on April 4, 2022.

Clerk, U.S. District Court

Dated: April 6, 2022          By: Javier Gonzalez
                                  Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge