| | |
|---|---|
| 1 | David P. Enzminger (SBN: 137065) |
| | denzminger@winston.com |
| 2 | Michael A. Tomasulo (SBN: 179389) |
| | mtomasulo@winston.com |
| 3 | Diana Hughes Leiden (SBN: 267606) |
| | dhleiden@winston.com |
| 4 | WINSTON & STRAWN LLP |
| | 333 S. Grand Avenue |
| 5 | Los Angeles, CA 90071 |
| | Telephone:  213-615-1700 |
| 6 | Facsimile:  213-615-1750 |
| 7 | Sean R. Anderson (*pro hac vice*) |
| | sranderson@winston.com |
| 8 | WINSTON & STRAWN LLP |
| | 200 Park Avenue |
| 9 | New York, NY 10016 |
| | Telephone:  212-294-6700 |
| 10 | Facsimile:  212-294-4700 |
| 11 | *Attorneys for Plaintiffs* |
| | KRAFTON, INC. and |
| 12 | PUBG SANTA MONICA, INC. |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KRAFTON, INC. and PUBG SANTA MONICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., GOOGLE, LLC, YOUTUBE LLC, SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL I PRIVATE LIMITED), and GARENA ONLINE PRIVATE LIMITED, <br><br> Defendants. | **Case No. 2:22-cv-00209-GW-MRW** <br><br> **STIPULATION TO CONTINUE HEARING DATE RE: DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION** <br><br> Hearing Date: June 2, 2022, 8:30 a.m. <br><br> New Hearing Date: July 11, 2022, 8:30 a.m. <br><br> Judge: Honorable George H. Wu |

1  This is a stipulation to continue the hearing currently scheduled in this matter
2  from June 2, 2022 to July 11, 2022, or as soon thereafter as the case may be heard. As
3  noted below, Plaintiffs make this unopposed request due to a death in Plaintiffs'
4  counsel's family and a memorial funeral service that now conflicts with the scheduled
5  hearing date.

6  IT IS HEREBY STIPULATED by and between Plaintiffs Krafton, Inc. and
7  PUBG Santa Monica, Inc. (collectively, "Plaintiffs") and Defendants Sea Ltd.
8  ("Sea"),Moco Studios Private Ltd. (f/k/a Garena International I Private Ltd.) ("Moco
9  Studios"), Garena Online Private Ltd. ("Garena Online," and, together with Sea and
10 Moco Studios, "Garena"), Apple Inc. ("Apple"), Google LLC ("Google"), and
11 Google's wholly-owned subsidiary, YouTube, LLC ("YouTube") (collectively,
12 "Defendants") (collectively, "Defendants" and, collectively with Plaintiffs, the
13 "Stipulating Parties"), through their respective attorneys of record, as follows:

14 WHEREAS, on March 24, 2022, the Stipulating Parties filed a stipulation
15 requesting that the Court approve a briefing schedule on Defendants' then-anticipated
16 Notice of Motion and Motion to Compel Arbitration and to Stay Litigation (the
17 "Motion") with a hearing to be set for June 2, 2022 (the "Briefing and Hearing
18 Stipulation").

19 WHEREAS, on March 28, 2022, Defendants filed the Motion.

20 WHEREAS, on March 29, 2022, the Court granted the Briefing and Hearing
21 Stipulation (ECF 47).

22 WHEREAS, on April 25, 2022, consistent with the Briefing and Hearing
23 Stipulation, Plaintiffs filed their Opposition to the Motion.

24 WHEREAS, on May 15, 2022, consistent with the Briefing and Hearing
25 Stipulation, Defendants filed their Reply in Support of the Motion.

26 WHEREAS, David Enzminger, Plaintiffs' lead counsel who intends to argue
27 the Motion, will now be unable to attend the currently scheduled hearing date due to a
28 family member's funeral service.

WHEREAS, the Stipulating Parties are available for the Motion to be heard on July 11, 2022 at 8:30 am.

**NOW THEREFORE,** the Stipulating Parties, by and through their respective counsel, hereby Stipulate and Agree as follows, subject to the Court's approval:

The hearing on the Motion shall be continued from June 2, 2022 at 8:30 am to July 11, 2022 at 8:30 am.

Dated: May 24, 2022  Respectfully submitted,

**WINSTON AND STRAWN LLP**

By: */s/ David P. Enzminger*
David P. Enzminger (SBN: 137065)
denzminger@winston.com
Michael A. Tomasulo (SBN: 179389)
mtomasulo@winston.com
Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone:  213-615-1700
Facsimile:   213-615-1750

Sean R. Anderson (*pro hac vice*)
sranderson@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10016
Telephone:  212-294-6700
Facsimile:   212-294-4700

*Attorneys for Plaintiffs*

*KRAFTON, INC. and PUBG SANTA MONICA, INC.*

**DURIE TANGRI LLP**

By: */s/ Allyson R. Bennett*
MARK A. LEMLEY (CA SBN 155830)
mlemley@durietangri.com
HANNAH JIAM (CA SBN 312598)
hjiam@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300
DURIE TANGRI LLP

ALLYSON R. BENNETT (CA SBN 302090)
abennett@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone: 213-992-4499
Facsimile: 415-236-6300

*Attorneys for Defendants*

*SEA LIMITED, GARENA INTERNATION I
PRIVATE LIMITED, GARENA ONLINE
PRIVATE LIMITED, and APPLE INC.*

**MAYER BROWN LLP**
By: */s/ John P. Mancini*
A. JOHN P. MANCINI (NY SBN 4106159)
jmancini@mayerbrown.com
PAUL M. FAKLER (NY SBN 2940435)
pfakler@mayerbrown.com
SARA A. SLAVIN (NY SBN 5245196)
sslavin@mayerbrown.com
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-506-2600

*Attorneys for Defendants*

*GOOGLE LLC AND
ITS WHOLLY-OWNED SUBSIDIARY,
YOUTUBE, LLC*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4, regarding signatures, I, David E. Enzminger, attest that concurrence in the filing of this document has been obtained.

/s/ *David P. Enzminger*
David P. Enzminger

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service on May 24, 2022 via electronic filing using the Court's CM/ECF system.

/s/ *David P. Enzminger*
David P. Enzminger