DURIE TANGRI LLP
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
HANNAH JIAM (SBN 312598)
hjiam@durietangri.com
NARI E.C. ELY (SBN 314852)
nely@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone: 213-992-4499
Facsimile: 415-236-6300

Attorneys for Defendants
SEA LIMITED, GARENA INTERNATIONAL I
PRIVATE LIMITED, GARENA ONLINE
PRIVATE LIMITED, and APPLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KRAFTON, INC. and PUBG SANTA MONICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., GOOGLE, LLC, YOUTUBE LLC, SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL \| PRIVATE LIMITED), AND GARENA ONLINE PRIVATE LIMITED, <br><br> Defendants. | Case No. 2:22-cv-00209-GW-MRW <br><br> **STIPULATION TO CONTINUE HEARING DATE RE: DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION** <br><br> Hearing Date: July 11, 2022; 8:30 a.m. <br><br> New Hearing Date: July 21, 2022; 8:30 a.m. <br><br> Judge: Honorable George H. Wu |

This is a stipulation to continue the hearing currently scheduled in this matter from July 11, 2022 to July 21, 2022, or as soon thereafter as the case may be heard. Defendants make this unopposed request due to conflicts with the scheduled hearing date.

IT IS HEREBY STIPULATED by and between Plaintiffs Krafton, Inc. and PUBG Santa Monica, Inc. (collectively, "Plaintiffs") and Defendants Sea Ltd. ("Sea"), Moco Studios Private Ltd. (f/k/a Garena International I Private Ltd.) ("Moco Studios"), Garena Online Private Ltd. ("Garena Online," and, together with Sea and Moco Studios, "Garena"), Apple Inc. ("Apple"), Google LLC ("Google"), and Google's wholly-owned subsidiary, YouTube, LLC ("YouTube") (collectively, "Defendants") (collectively, "Defendants" and, collectively with Plaintiffs, the "Stipulating Parties"), through their respective attorneys of record, as follows:

WHEREAS, on March 24, 2022, the Stipulating Parties filed a stipulation requesting that the Court approve a briefing schedule on Defendants' then-anticipated Notice of Motion and Motion to Compel Arbitration and to Stay Litigation (the "Motion") with a hearing to be set for June 2, 2022 (the "Briefing and Hearing Stipulation").

WHEREAS, on March 28, 2022, Defendants filed the Motion.

WHEREAS, on March 29, 2022, the Court granted the Briefing and Hearing Stipulation (ECF 47).

WHEREAS, on April 25, 2022, consistent with the Briefing and Hearing Stipulation, Plaintiffs filed their Opposition to the Motion.

WHEREAS, on May 15, 2022, consistent with the Briefing and Hearing Stipulation, Defendants filed their Reply in Support of the Motion.

WHEREAS, on May 24, 2022, the Stipulating Parties filed a stipulation requesting the Court to continue the Motion Hearing from June 2, 2022 to July 11, 2022.

WHEREAS, on May 26, 2022, the Court granted the Stipulation to Continue Hearing Date Re: Defendants' Motion to Compel Arbitration and to Stay Litigation (ECF 81).

WHEREAS, Mark Lemley, lead counsel for Garena and Apple, who intends to argue the motion on behalf of Garena and Apple, will no longer be able to attend the hearing due to family reasons.

WHEREAS, the Stipulating Parties are available for the Motion to be heard on July 21, 2022 at 8:30 am.

NOW THEREFORE, the Stipulating Parties, by and through their respective counsel, hereby Stipulate and Agree as follows, subject to the Court's approval:

The hearing on the Motion shall be continued from July 11, 2022 at 8:30 am to July 21, 2022 at 8:30 am.

Dated: June 27, 2022                                Respectfully submitted,

DURIE TANGRI LLP

By: _____*/s/ Mark A. Lemley*_____
         MARK A. LEMLEY

Attorneys for Defendants
SEA LIMITED, GARENA INTERNATIONAL I PRIVATE LIMITED, GARENA ONLINE PRIVATE LIMITED, and APPLE INC.

WINSTON AND STRAWN LLP

By: */s/ David P. Enzminger*
 DAVID P. ENZMINGER

Attorneys for Plaintiffs
KRAFTON, INC. and
PUBG SANTA MONICA, INC.

MAYER BROWN LLP

By: */s/ A. John P. Mancini*
 A. JOHN P. MANCINI

Attorneys for Defendants
GOOGLE LLC and ITS WHOLLY-OWNED SUBSIDIARY, YOUTUBE, LLC

### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4, regarding signatures, I, Mark A. Lemley, attest that concurrence in the filing of this document has been obtained.

Dated: June 27. 2022 */s/ Mark A. Lemley*
 MARK A. LEMLEY

### **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

 */s/ Mark A. Lemley*
 MARK A. LEMLEY