1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KRAFTON, INC. and PUBG SANTA MONICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., GOOGLE, LLC, YOUTUBE LLC, SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL \| PRIVATE LIMITED), and GARENA ONLINE PRIVATE LIMITED,<br><br>Defendants. | **Case No. CV 22-209-GW-MRWx**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE RE: DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION** |

Having considered the Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing date continued to August 4, 2022 at 8:30 a.m.

**SO ORDERED**.

DATED: July 7, 2022

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE