DURIE TANGRI LLP
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
HANNAH JIAM (SBN 312598)
hjiam@durietangri.com
NARI E.C. ELY (SBN 314852)
nely@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Facsimile:  415-236-6300

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone: 213-992-4499
Facsimile:  415-236-6300

Attorneys for Defendants
SEA LIMITED, GARENA INTERNATIONAL I
PRIVATE LIMITED, GARENA ONLINE
PRIVATE LIMITED, and APPLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KRAFTON, INC. and PUBG SANTA MONICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., GOOGLE, LLC, YOUTUBE LLC, SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL I PRIVATE LIMITED), AND GARENA ONLINE PRIVATE LIMITED, <br><br> Defendants. | Case No. 2:22-cv-00209-GW-MRW <br><br> **DECLARATION OF NARI E.C. ELY RESPONDING TO COURT'S REQUEST FOR SIAC RULES** <br><br> Ctrm: 9D <br> Judge: Honorable George H. Wu |

I, Nari E.C. Ely, declare as follows:

1.  I am an attorney with the law firm of Durie Tangri LLP, and I am one of the attorneys representing Defendants Sea Limited, Moco Studios Private Limited (F/K/A Garena International I Private Limited), Garena Online Private Limited (collectively, "Garena"), and Apple Inc. in the above captioned matter. I make this declaration from personal knowledge, and if called to testify, I could and would testify competently thereto.

2.  Pursuant to the Court's request during the August 4, 2022 hearing, Garena hereby files the complete 6th Edition (August 2016) Arbitration Rules of the Singapore International Arbitration Centre as published on the SIAC's website (https://siac.org.sg/images/stories/articles/rules/2016/SIAC%20Rules%202016%20English_28%20Feb%202017.pdf) attached hereto as **Exhibit A**.

I declare under penalty of perjury of the laws of the United States of America that the statements above are true to the best of my knowledge, information and belief.

Executed this 11th day of August, 2022 at San Francisco, California

*/s/ Nari E.C. Ely*
NARI E.C. ELY

---

1

DECLARATION OF NARI E.C. ELY RESPONDING TO COURT'S REQUEST FOR SIAC RULES / CASE NO. 2:22-CV-00209-GW-MRW

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                               */s/ Nari E.C. Ely*
                                               NARI E.C. ELY