1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| 12  KRAFTON, INC. and PUBG SANTA MONICA, INC., | Case No. CV 22-209-GW-MRWx |
| 13 | |
| 14          Plaintiffs, | **ORDER GRANTING STIPULATION TO ENLARGE WORD LIMITS ON YOUTUBE'S MOTION TO DISMISS** |
| 15      vs. | |
| 16  APPLE INC., et al., | |
| 17          Defendants. | Ctrm: 9D<br>Judge: Honorable George H. Wu |
| 18 | |
| 19 | |

20
21
22
23
24
25
26
27
28

The Court, having considered the Stipulation to Enlarge Word Limits on YouTube's Motion to Dismiss, hereby ORDERS as follows:

1. The word limit for YouTube's memorandum of points and authorities in support of its anticipated Motion to Dismiss may be expanded to 10,000 words; and

2. The word limit for Plaintiffs' memorandum of points and authorities in opposition to YouTube's Motion to Dismiss may be expanded to 10,000 words.

**IT IS SO ORDERED.**

Dated: December 19, 2022

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER GRANTING STIPULATION TO ENLARGE WORD LIMITS
ON YOUTUBE'S MOTION TO DISMISS; CASE NO. 2:22-CV-00209-GW-MRW