UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-209-GW-MRWx | Date | April 18, 2023 |
|---|---|---|---|
| Title | *Krafton, Inc., et al. v. Apple, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   IN CHAMBERS - FINAL RULING ON DEFENDANT YOUTUBE, LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT [134]

On February 27, 2023, this Court took Defendant YouTube, LLC's motion to dismiss (ECF No. 134) under submission (ECF No. 147) after issuing a tentative ruling (ECF No. 146) and subsequently hearing oral arguments. After considering the matter further, the Court adopts its tentative ruling as its final ruling on said motion.

As for Defendant's argument at the hearing that the items/material in Exhibit A to Plaintiff's Opposition is not protectable because it only represents ideas, that characterization is not quite correct. At the very least, the *specific* depictions of the scenes/features in Plaintiffs' video game are copyrightable. While it may require rather exact replicas to rise to the level of infringement, the argument that it is not protectable, full-stop, is a not winning one for YouTube, at least at this stage of the proceedings. Whether the depictions in Biubiubiu are close enough to those displayed in Battlegrounds is probably a jury-question in this case, at least with respect to a fair number of the examples in Plaintiff's Opposition's Exhibit A list.

Defendant's motion to dismiss is DENIED.

The Court sets a Scheduling Conference for May 1, 2023 at 8:30 a.m. Counsel are reminded of their obligations to disclose information, confer on a discovery plan, and report to the Court, as required by F.R.C.P. 26 and the Local Rules of this Court. Trial counsel are ordered to be present. A Joint 26(f) Report shall be filed with the Court no later than April 26, 2023. See Local Rule 26-1.

|  | : |
|---|---|
| Initials of Preparer | JG |