**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KRAFTON, INC. and PUBG SANTA MONICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., GOOGLE, LLC, YOUTUBE LLC, SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL | PRIVATE LIMITED), and GARENA ONLINE PRIVATE LIMITED,<br><br>Defendants. | **Case No. CV 22-209-GW-MRWx**<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING THE RESOLUTION OF THE ARBITRATION OR, IN THE ALTERNATIVE, CONTINUE THE SCHEDULING CONFERENCE** |

Having considered the Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the case is stayed pending the outcome of the Singapore arbitration, consistent with the Court's order with respect to the Free Fire Claims, ECF No. 120.

IT IS FURTHER ORDERED that the Scheduling Conference scheduled for May 1, 2023 is hereby continued to a date after the stay is lifted.

The Court sets a status conference regarding the Singapore arbitration on July 13, 2023 at 8:30 a.m. The parties are to file a joint status report by July 10, 2023.

**IT IS SO ORDERED**.

DATED: April 25, 2023

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE