HUESTON HENNIGAN LLP
Robert N. Klieger, State Bar No. 192962
rklieger@hueston.com
Vicki Chou, State Bar No. 248598
vchou@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:   (888) 775-0898

Attorneys for Plaintiffs
KRAFTON, INC, and KRAFTON AMERICAS,
INC (f/k/a OYBG SANTA MONICA, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION

| | |
|---|---|
| KRAFTON, INC. and KRAFTON AMERICAS, INC. (F/K/A PUBG SANTA MONICA, INC.),,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., GOOGLE, LLC, YOUTUBE LLC, SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL I PRIVATE LIMITED), and GARENA ONLINE PRIVATE LIMITED,,<br><br>Defendants. | Case No. 2:22-cv-00209-GW-MRW<br><br>**JOINT STATUS REPORT IN ADVANCE OF DECEMBER 21, 2023 STATUS CONFERENCE (ECF NO. 168)**<br><br>Judge:   Hon. George H. Wu<br><br>Complaint Filed:  January 10, 2022 |

On November 15, 2023, the parties submitted a joint status report confirming with the Court that the Singapore arbitration had been fully briefed, and that the parties were waiting for the tribunal's final award. (ECF No. 167). The following day, the Court directed the parties to file another joint status report regarding the Singapore arbitration by December 18, 2023, and it continued the scheduled status conference from November 20, 2023 to December 21, 2023. (ECF No. 168). The parties respectfully submit the following status report in compliance with the Court's order.

There is no further update on the Singapore arbitration. The parties still await the tribunal's ruling. Accordingly, the parties respectfully request filing a joint status report no later than ten (10) days after the final award is issued. In addition, the parties also request continuing the currently scheduled December 21, 2023 status conference to a date after the parties have received the arbitration tribunal's final award, or as the Court deems appropriate.

Dated: December 18, 2023

Respectfully submitted,

HUESTON HENNIGAN LLP

By: _____
Vicki Chou
Attorneys for Plaintiffs
KRAFTON, INC, and KRAFTON AMERICAS, INC (f/k/a OYBG SANTA MONICA, INC.)

MAYER BROWN LLP

By: /s/ A. John P. Mancini
A. John P. Mancini (*pro hac vice*)
jmancini@mayerbrown.com
Paul M. Fakler (*pro hac vice*)
pfakler@mayerbrown.com
Sara A. Slavin (*pro hac vice*)
sslavin@mayerbrown.com
1221 Avenue of the Americas
New York, NY 10020

Telephone: (212) 506-2500

John Nadolenco (SBN: 181128)
jnadolenco@mayerbrown.com
350 S. Grand Ave., 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500

*Attorneys for Defendant*
*YOUTUBE, LLC*