1  HUESTON HENNIGAN LLP
   Robert N. Klieger, State Bar No. 192962
2  rklieger@hueston.com
   Vicki Chou, State Bar No. 248598
3  vchou@hueston.com
   523 West 6th Street, Suite 400
4  Los Angeles, CA 90014
   Telephone:  (213) 788-4340
5  Facsimile:  (888) 775-0898

6  Attorneys for Plaintiffs
   KRAFTON, INC, and KRAFTON AMERICAS,
7  INC. (f/k/a PUBG SANTA MONICA, INC.)

8              UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10

11 | KRAFTON, INC. and KRAFTON AMERICAS, INC. (F/K/A PUBG SANTA MONICA, INC.), | Case No. 2:22-cv-00209-GW-MRW
   |   | **JOINT STIPULATION OF DISMISSAL**
   | Plaintiffs, | [*[Proposed] Order filed concurrently herewith*]
   | vs. | Judge:  Hon. George H. Wu
   | APPLE INC., GOOGLE, LLC, YOUTUBE LLC, SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL | PRIVATE LIMITED), and GARENA ONLINE PRIVATE LIMITED, | Complaint Filed:  January 10, 2022
   | Defendants. |

COME NOW Krafton, Inc. and Krafton Americas, Inc. (F/K/A PUBG Santa Monica, Inc.) (collectively, "Plaintiffs"), by and through their undersigned counsel, and Defendants Sea Limited, Moco Studios Private Limited (F/K/A Garena International | Private Limited), and Garena Online Private Limited (collectively, "Garena Defendants"); Apple Inc.; Google, LLC ("Google"); and YouTube LLC ("YouTube"), by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) as follows (the "Stipulation"):

WHEREAS, the parties have met and conferred and have agreed to the following;

WHEREAS, the Final Award in SIAC Arbitration No. 001 of 2022 was previously filed under seal with this Court (ECF No. 180) ("Final Award");

WHEREAS, the parties agree to dismiss with prejudice this action as to Defendants Apple, Google, and the Garena Defendants;

WHEREAS, the parties further agree to dismiss with prejudice the claims pertaining to *Free Fire* against YouTube;

WHEREAS, the Final Award specified that Plaintiffs' claims against YouTube in relation to *Biubiubiu* fall outside the scope of the Settlement Agreement and are not barred;

WHEREAS, the parties further agree that this Stipulation shall have no impact on the claims against YouTube in relation to *Biubiubiu*, and Plaintiffs and YouTube anticipate that a further dismissal will be filed as to these claims;

WHEREAS, the parties further agree that this dismissal shall have no impact on any claims not covered by the Settlement Agreement or the Final Award, to the extent any claims exist or may exist in the future;

WHEREAS, without prejudice to the scope of the Settlement Agreement and the dispute resolution clauses therein, the parties further agree that the Stipulation is contingent upon the Court retaining jurisdiction to enforce the terms of the

Stipulation.

The parties hereby stipulate that the Court enter an order dismissing this action as set forth in the above clauses.

Each party to bear their own costs, expenses, and fees.

Dated: July 30, 2024

Respectfully submitted,

HUESTON HENNIGAN LLP

By: /s/ Vicki Chou
Vicki Chou
Attorneys for Plaintiffs
KRAFTON, INC, and KRAFTON AMERICAS, INC (f/k/a PUBG SANTA MONICA, INC.)

MAYER BROWN LLP

By: /s/ Sara A. Slavin
A. John P. Mancini (*pro hac vice*)
Sara A. Slavin (*pro hac vice*)
John Nadolenco

*Attorneys for Defendant YOUTUBE, LLC*

DAVIS WRIGHT TREMAINE LLP

By: /s/ Nicolas A. Jampol
Nicolas A. Jampol (SBN: 244867)
nicolasjampol@dwt.com

*Attorney for Defendant Apple Inc.*

LEX LUMINA PLLC

By: /s/ Mark Lemley
Mark Lemley

*Attorney for Defendant Garena Online Private Limited*