JS-6

| | |
|---|---|
| 1 | HUESTON HENNIGAN LLP |
| | Robert N. Klieger, State Bar No. 192962 |
| 2 | rklieger@hueston.com |
| | Vicki Chou, State Bar No. 248598 |
| 3 | vchou@hueston.com |
| | Khoa D. Nguyen, State Bar No. 338298 |
| 4 | knguyen@hueston.com |
| | 523 West 6th Street, Suite 400 |
| 5 | Los Angeles, CA 90014 |
| | Telephone:  (213) 788-4340 |
| 6 | Facsimile:   (888) 775-0898 |
| 7 | Attorneys for Plaintiffs |
| | KRAFTON, INC, and KRAFTON AMERICAS, |
| 8 | INC. (f/k/a PUBG SANTA MONICA, INC.) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| KRAFTON, INC. and KRAFTON AMERICAS, INC. (F/K/A PUBG SANTA MONICA, INC.), | Case No. CV 22-209-GW-MRWx |
| | **ORDER** |
| Plaintiffs, | Judge:  Hon. George H. Wu |
| vs. | Complaint Filed:  January 10, 2022 |
| APPLE INC., GOOGLE, LLC, YOUTUBE LLC, SEA LIMITED, MOCO STUDIOS PRIVATE LIMITED (F/K/A GARENA INTERNATIONAL I PRIVATE LIMITED), and GARENA ONLINE PRIVATE LIMITED, | |
| Defendants. | |

# ORDER

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this action as set forth below.

The parties have reached an agreement to amicably resolve the remaining claims related to *Biubiubiu* asserted against YouTube ("*Biubiubiu* claims") pursuant to the terms of a confidential Settlement Agreement, executed on December 4, 2024 between Plaintiffs and YouTube;

The *Biubiubiu* claims against YouTube are dismissed with prejudice;

The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Each party to bear their own costs, expenses, and fees.

**IT IS SO ORDERED.**

Dated: December 9, 2024

_____
HON. GEORGE H. WU,
United States District Judge